[No. 55708-4-I. Division One. March 6, 2006.]

LASER UNDERGROUND & EARTHWORKS, INC., *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-06737-5, Jay V. White, J., entered January 18, 2005. *Affirmed* by unpublished per curiam opinion. Now published at 132 Wn. App. 274.

[No. 55728-9-I. Division One. March 6, 2006.]

NVL LABORATORIES, INC., *Appellant,* v. ECO COMPLIANCE CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-41039-0, Linda Lau, J., entered January 14, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55823-4-I. Division One. March 6, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN HAYES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-10161-8, Theresa B. Doyle, J., entered March 1, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 31774-5-II. Division Two. March 7, 2006.]

MICHAEL L. ACHEN ET AL., *Appellants,* v. CLARK COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 98-2-01641-1, Barbara D. Johnson, J., entered May 13, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Armstrong, J.